UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY CRISTANTIELLO,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; THE LONG TERM DISABILITY PLAN OF BELRON US, INC.; and DOES 1 to 10, Inclusive,<br><br>             Defendants. | Case No.  2:15-cv-01729 AB<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Hon. Andre Birotte, Jr. |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

Dated:  November 30, 2015

_____
HONORABLE ANDRÉ BIROTTE JR.
United States District Judge